IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DANIEL G. ANDERSON; WILLIAM COLLITON, M.D.; RICHARD P. DELANEY, M.D.; GAETANO MOLINARI, M.D.; RICHARD LORIA, M.D.; LORENZO MARCOLIN, M.D.; JAMES RONAN, M.D.; EDWARD SHERIDAN, M.D.; EDWARD SOMA, M.D.; and RONALD UCINSKI, M.D., <br><br>  Plaintiffs, <br><br>  v. <br><br> BARACK HUSSEIN OBAMA, in his official capacity as President of the United States, <br><br>  Defendant. | Case No. 8:10cv17 <br><br> Judge Messitte |

**DEFENDANT'S MOTION TO DISMISS**

Defendant, President Barack Obama, by his undersigned counsel, moves to dismiss the Complaint in the above-captioned action pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). As more fully set forth in Defendant's Memorandum in Opposition to Plaintiffs' Motion for a Preliminary Injunction and in Support of Defendant's Motion to Dismiss, this Court may not properly exercise subject-matter jurisdiction because Plaintiffs lack standing. Moreover, the Complaint fails to state a claim upon which relief can be granted because it raises only nonjusticiable political questions.

Dated: February 8, 2010	Respectfully submitted,

TONY WEST
Assistant Attorney General

ROD J. ROSENSTEIN
United States Attorney

*/s/ Erika Myers*

SHEILA LIEBER
Deputy Director
ERIKA L. MYERS (PA Bar # 307574)
Erika.L.Myers@usdoj.gov
Attorneys, Federal Programs Branch
U.S. Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883; Room 7303
Washington, D.C. 20044
Tel: (202) 305-0747
Fax: (202) 616-8470

Counsel for Defendant