IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **DANIEL G. ANDERSON, et al.** | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| v. | * | Civil No. **PJM 10-17** |
| | * | |
| **BARACK OBAMA, in his official capacity as President of the United States** | * | |
| | * | |
| | * | |
| | * | |
| Defendant. | * | |

## O R D E R

Upon consideration of Defendant's Motion to Dismiss [Paper No. 31] and Plaintiffs' Opposition thereto, oral argument having been held thereon, it is for the reasons stated on the record, this 18th day of March, 2010

**ORDERED**

1. Defendant's Motion to Dismiss [Paper No. 31] is **GRANTED** with prejudice as to Defendant Barack Obama;

2. Service of Plaintiffs' Motion to Amend [Paper No. 42] and Second Amended Complaint [Paper No. 39] is deemed accomplished as to Defendants Nancy Pelosi, Steny Hoyer, and James Clyburn;

3. Defendants Pelosi, Hoyer, and Clyburn have fourteen (14) days from the day of this Order to file an opposition to the Motion to Amend; and

4. Plaintiffs have an additional fourteen (14) days to reply to the same.

/s/
**PETER J. MESSITTE**
**UNITED STATES DISTRICT JUDGE**